UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**CAMILLA PEREZ,**

    **Plaintiff,**

v.                                                                Civil Action 2:15-cv-2636
                                                                    Judge Michael H. Watson
                                                                    Magistrate Judge Jolson

**CENTRAL OHIO GAMING VENTURES, LLC, et al.,**

    **Defendants.**

### ORDER

The parties have filed a Motion consenting to the jurisdiction of Magistrate Judge Kimberly A. Jolson for resolution of Plaintiff's Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement Agreement and Certification of Settlement Class. The Motion, ECF No. 66, is **GRANTED**. Consequently, Plaintiff's Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement Agreement and Certification of Settlement Class shall be before Magistrate Judge Jolson for resolution.

**IT IS SO ORDERED.**

Date: February 7, 2017

                                                                      **MICHAEL H. WATSON, JUDGE**
                                                                      **UNITED STATES DISTRICT COURT**