**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CAMILLA PEREZ,**

      **Plaintiff,**

  v.	Civil Action 2:15-cv-2636
	Judge Michael H. Watson
	Magistrate Judge Jolson

**CENTRAL OHIO GAMING**
**VENTURES, LLC, et al.,**

      **Defendants.**

## ORDER

This matter is before the Court on Defendant's request to file the following documents under seal: the Class and Collective Settlement Agreement and Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement Agreement and Certification of Settlement Class, Memorandum in Support, and accompanying exhibits. Plaintiffs do not oppose Defendant's request. For good cause shown, Defendant's request to file under seal is GRANTED.

    IT IS SO ORDERED.

Date: February 14, 2017	/s/ Kimberly A. Jolson
	KIMBERLY A. JOLSON
	UNITED STATES MAGISTRATE JUDGE