IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAMILLA PEREZ, et al. | ) | Case No. 2:15-cv-02636-MHW-KAJ |
| Individually and on behalf of other | ) | |
| members of the general public similarly | ) | JUDGE MICHAEL H. WATSON |
| situated, | ) | |
| | ) | MAGISTRATE JUDGE JOLSON |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CENTRAL OHIO GAMING | ) | |
| VENTURES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS AND
COLLECTIVE ACTION SETTLEMENT AGREEMENT AND CERTIFICATION OF
SETTLEMENT CLASS**

Before the Court is Plaintiffs' Unopposed Motion for Preliminary Approval of Class and

Collective Action Settlement Agreement and Certification of Settlement Class. The Court,

having considered the motion, the terms of the parties' settlement agreement, and the authority

and exhibits provided in support of the motion, is of the opinion that the settlement is fair,

reasonable, and adequate under 29 U.S.C. § 216(b) and Fed. R. Civ. P. 23.

WHEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for

Preliminary Approval of Class and Collective Action Settlement Agreement and Certification of

Settlement Class is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3),

preliminary certification is GRANTED, for settlement purposes only, as to a settlement class

consisting of all individuals who worked at the Hollywood Casino in Columbus, Ohio, as Buffet

Servers, Buffet Busser/Runners, Buffet Host/Hostesses, Steakhouse Servers, Steakhouse

Host/Hostesses, Steakhouse Bartenders, Steakhouse Bussers, Banquet Attendants, OH Lounge Servers, OH Lounge Host/Hostesses, OH Lounge Bussers, Beverage and Floor Department Bartenders, Beverage and Floor Department Barbacks, Beverage Servers, Deli Department/Take 2 Food and Beverage Attendants, Slot Technicians, Security Officers and/or EMT Officers as their primary and/or secondary job codes between July 22, 2012 and October 14, 2016, who did not previously file consents to join this action.

IT IS FURTHER ORDERED that Greg Mansell of Mansell Law, L.L.C. and Matthew J.P. Coffman of Coffman Legal, L.L.C. are appointed as class counsel pursuant to Fed. R. Civ. P. 23(g).

IT IS FURTHER ORDERED that JND Class Action Administration is appointed as the claims administrator for purposes of administering the settlement.

IT IS FURTHER ORDERED that the proposed Collective Member Notice and Class Member Notice attached to the Settlement Agreement, the manner of notice, and the thirty-day period for Collective and Class Members to opt out of or object to the settlement are approved.

IT IS FURTHER ORDERED that a final approval hearing on the fairness of the proposed settlement, motion for final approval of the settlement, and motion for the awarding of attorneys' fees and costs will be held at 9:30 a.m. on Tuesday, May 2, 2017.

IT IS SO ORDERED.


Date:  February 17, 2017                              /s/ Kimberly A. Jolson
                                                      KIMBERLY A. JOLSON
                                                      UNITED STATES MAGISTRATE JUDGE